## IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI SOUTHERN DIVISION

### MINUTE SHEET

**UNITED STATES OF AMERICA**                    Date: November 19, 2007

**vs.**                                          Case No. 07-03040-01-CR-S-DW

**AVERY GLASS**

Honorable Dean Whipple, presiding at Springfield, Missouri

Nature of Hearing: Sentencing

Time Commenced: 1:47 p.m.    Time Terminated: 2:13 p.m.

### APPEARANCES

Plaintiff: Richard Monroe, AUSA      Defendant: Ian Lewis, AFPD

Proceedings: Parties appear as indicated above, dft in person. Dft's objection to PSI is overruled. Gov't presents evidence - 1:59 p.m. Direct - Brian Crum; 2:02 p.m. - Cross; Dft accorded allocution. SENTENCE: Dft is committed to the BOP for 202 months on Count 5, 68 months on Count 6 to run consecutively for a total of 270 months; followed by 5 years supervised release on each of Counts 5 and 6 to run concurrently; No fine. $200 MPA; Spec Cond: successfully participate in substance abuse cnsl prog, may include testing; shall not consume alcoholic beverages or beer, not be present in any establishment where alcoholic beverages are the primary items for sale; submit to a reasonable search; Dft given credit for time served; Court recommends dft be placed in Spfd, MO Medical Center or another medical facility to address his physical condition; Counts 1, 2, 3 and 4 are dismissed upon oral mtn by gov't. Dft is advised of right to appeal. Dft remanded to custody.

Court Reporter: Denna Lamken
Court Reporter: Linda Howard

Witness: Brian Crum