# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI
### SOUTHERN   DIVISION

UNITED STATES OF AMERICA )
)
)  Action Number
vs. )
)  _07-03040-01-CR-S-DW_____
)
AVERY GLASS )
)

## GOVERNMENT'S EXHIBIT INDEX

| | |
|---|---|
| ✔ = offered & admitted w/o objection | Ltd = admitted for limited purposes |
| Ex = offered, but objected to and excluded | X = offered & admitted over objection |
| DB = admitted, de bene | NO = marked, but not offered |
| | WD = offered then withdrawn |

| Exhibit Number | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| 1 | ✔ | 11/19/07 | 1:52 p.m. | Record of conviction |
| 2 | ✔ | 11/19/07 | 1:52 p.m. | Missouri Penitentiary record of defendant |
| 3 | ✔ | 11/19/07 | 2:01 p.m. | Letter |
| 4 | ✔ | 11/19/07 | 2:01 p.m. | Letter |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Page # ____ I CERTIFY that I have this date _____ received from the Clerk, U.S. District Court, Western District of Missouri, the following numbered exhibits for which I will hold myself responsible:

_____          _____ Name

      Signature