IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No. 07-03040-01-CR-S-DW |
| AVERY GLASS, | ) | |
| Defendant. | ) | |

**ORDER**

     Before the Court are Defendant Avery Glass' motions for early release, reduce sentence, and for "compassionate release" (Doc. 31, 32, 33). Mr. Glass states that he suffers from scleroderma, "a debilitating, Terminal disease." Mr. Glass further states that he is in the "third stage of his disease . . . and there is no cure in sight." Although Mr. Glass makes reference to medical records supporting his description of his medical condition and prognosis, none were included in his filings or otherwise delivered to the Court. Based on the publicly available information about scleroderma and the absence of any medical records supporting Mr. Glass' characterization of his condition, the Court finds no basis to grant the requested relief. Accordingly, Defendant's motions are DENIED.

Date:   November 21, 2008                          /s/ Dean Whipple
                                                                     Dean Whipple
                                                           United States District Judge